IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 16-00594-01 DKW |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER GRANTING UNITED STATES' MOTION FOR REDUCTION OF SENTENCE |
| vs. | ) ) | |
| ROBERT CARDINES (01), | ) ) | |
| Defendant. | ) ) | |

On September 24, 2018, the United States filed a motion seeking to reduce the sentence of Defendant Robert Cardines, pursuant to Federal Rule of Criminal Procedure 35(b)(1). Although Cardines was invited to respond to the government's motion (*see* Dkt. No. 75), he has not.

Rule 35(b) provides:

> (1) In General. Upon the government's motion made within one year of sentencing, the court may reduce a sentence if the defendant, after sentencing, provided substantial assistance in investigating or prosecuting another person.

On November 14, 2017, Cardines was sentenced to a total term of incarceration of 120 months with five years of supervised release to follow. Dkt. No. 69. The United States explains that since his sentencing, Cardines has provided substantial assistance in the investigation and prosecution of another individual.

According to the United States, Cardines' assistance, and willingness to testify, played a significant role in the successful prosecution of another for importing a "high volume of methamphetamine from California to Hawaii" and for obstructing justice. Additional details regarding Cardines' assistance are set forth in the government's sealed motion.

Based on the representations and recommendations made by the United States, the Court GRANTS the United States' motion, departs three levels downward from the Total Offense Level 27, Criminal History Category V, set forth in Cardines' September 12, 2017 Presentence Investigation Report, which this Court adopted at sentencing, restates the guideline range applicable to Cardines to 92 to 115 months at Total Offense Level 24, Criminal History Category V, and hereby orders that Cardines' sentence of 120 months' imprisonment be reduced by 28

//

//

//

//

months to a new sentence of 92 months' imprisonment.   A Second Amended Judgment will be issued forthwith reflecting this change.

IT IS SO ORDERED.

Dated: November 1, 2018 at Honolulu, Hawai'i.



Derrick K. Watson
United States District Judge

---

*United States v. Cardines*, Cr. No. 16-00594-01 DKW; Order Granting United States' Motion for Reduction of Sentence