IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CARDINES,<br><br>Defendant. | Case No. 16-cr-00594-DKW-1<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT ROBERT CARDINES' "REQUEST FOR RELIEF"** |

On March 9, 2023, Defendant Robert Cardines filed a pro se "Request for Relief", in which he asks the Court to order him to "home confinement" because prison staff have allegedly not supported, and even interfered with, his efforts to achieve such transfer via proper channels.  Dkt. No. 100.  Cardines' request does not identify the statutory or legal basis upon which it is brought.[1]  Liberally construed, though, the request seeks relief that is only available, if at all, through 28 U.S.C. Section 2241.  See *Hernandez v. Campbell*, 204 F.3d 861, 864 (9th Cir. 2000) ("petitions that challenge the manner, location, or conditions of a sentence's execution must be brought pursuant to § 2241 in the custodial court.").[2]  Such

---

[1] In the motion, Cardines suggests that 18 U.S.C. Section 3582(c)(1)(A)−the "compassionate release" statute−may be an appropriate vehicle for the relief he seeks.  Dkt. No. 100 at 1.  In his reply, though, Cardines specifically states that he is *not* asking for compassionate release.  Therefore, the Court does not construe Cardines' request as seeking relief under Section 3582(c)(1)(A).

[2] In its opposition brief, the government contends that Cardines may have intended to bring a claim under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).

challenges, however, must be brought in the federal district court with jurisdiction over the prison in which Cardines is incarcerated. *Id.* Here, review of the docket and the Bureau of Prisons' website reflects that Cardines is currently incarcerated at FCI Sheridan, which is located in Oregon. *See* https://www.bop.gov/inmateloc (last visited April 3, 2023); https://www.bop.gov/locations/institutions/she (last visited April 3, 2023); Dkt. No. 100-1. Therefore, to the extent Cardines seeks to challenge the execution of his sentence, he must do so by filing a habeas petition with the U.S. District Court for the District of Oregon. As a result, the motion, Dkt. No. 100, is DENIED WITHOUT PREJUDICE to renewal should Cardines so choose to file in the appropriate jurisdiction.

IT IS SO ORDERED.

DATED: April 4, 2023 at Honolulu, Hawai'i.



Derrick K. Watson
Chief United States District Judge

---

Dkt. No. 102 at 2-3. However, at no point has Cardines cited *Bivens* or claimed that his civil rights have been violated. Moreover, in light of the relief he seeks, Section 2241 is the far more logical legal basis upon which Cardines may rely, rather than the "disfavored" *Bivens* remedy. *See Ziglar v. Abbasi*, 532 U.S. 120, 131, 135 (2017) (quotation omitted). In any event, even if *Bivens* was Cardines' chosen legal basis for this action, the end result here would be the same because any such action would need to be brought where the alleged civil rights violations took place, which, as discussed more fully below, would be at Cardines' place of incarceration in Oregon.